Solution Bridge, Inc. v GEICO Ins. Co. (2021 NY Slip Op 50960(U))

[*1]

Solution Bridge, Inc. v GEICO Ins. Co.

2021 NY Slip Op 50960(U) [73 Misc 3d 131(A)]

Decided on October 8, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 8, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DAVID ELLIOT, J.P., WAVNY TOUSSAINT, DONNA-MARIE E. GOLIA,
JJ

2020-457 K C

Solution Bridge, Inc., as Assignee of
Vanspringel, Andre, Respondent, 
against
GEICO Ins. Co., Appellant. 

Law Office of Goldstein, Flecker & Hopkins (Alison M. Chulis of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Karina Barska of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E.
Roper, J.), dated January 24, 2020. The order, insofar as appealed from and as limited by the
brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
for summary judgment dismissing the complaint on the ground that plaintiff's action is barred by
a declaratory judgment entered in the Supreme Court, Nassau County, or, in the alternative, on
the ground that plaintiff had failed to appear for duly scheduled examinations under oath (EUOs).
Plaintiff cross-moved for summary judgment. By order dated January 24, 2020, the Civil Court
denied the motion and cross motion, but found, in effect pursuant to CPLR 3212 (g), that the
only issue remaining for trial was defendant's defense that plaintiff had failed to appear for duly
scheduled EUOs. Defendant appeals, as limited by its brief, from so much of the order as denied
its motion for summary judgment.
For the reasons stated in Solution
Bridge, Inc. v GEICO Ins. Co. (72 Misc 3d 136[A], 2021 NY Slip Op 50731[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2021]) the order, insofar as appealed from, is
reversed and defendant's motion for summary judgment dismissing [*2]the complaint is granted.
ELLIOT, J.P., TOUSSAINT and GOLIA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 8, 2021